# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL A. FRIMMEL,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-00092-GMN-CWH

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

    Petitioner has filed a motion for an extension of time in which to file an opposition to respondents' motion to dismiss. (ECF No. 16). Petitioner seeks an extension of time, up to and including December 4, 2015, to file an opposition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time (ECF No. 16) is **GRANTED.** Petitioner's opposition to respondents' motion to dismiss shall be filed on or before **December 4, 2015.**

Dated this  13  day of October, 2015.

Gloria M. Navarro, Chief Judge
United States District Court