# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL A. FRIMMEL,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-00092-GMN-CWH

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Petitioner has filed a motion for a third extension of time in which to file an opposition to respondents' motion to dismiss. (ECF No. 24). Petitioner seeks an extension of time, up to and including April 19, 2016, to file an opposition. Respondents have filed a notice of non-opposition to petitioner's motion. (ECF No. 26). Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for a third extension of time (ECF No. 24) is **GRANTED.** Petitioner's opposition to respondents' motion to dismiss shall be filed on or before **April 19, 2016. No further extensions will be granted absent a showing of extraordinary circumstances.**

Dated this __23__ day of March, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court