AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

**JUDGMENT IN A CIVIL CASE**

Michael A. Frimmel
v.

Case Number: 2:15-cv-00092-GMN-CWH

Brian Williams, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

pursuant to Order #33 Judgment is hereby entered.

June 27, 2016
Date

/s/ Lance S. Wilson
Clerk

/s/ J. Matott
(By) Deputy Clerk